JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYING FOOD GROUP, LLC,<br>Petitioner/Counter-Respondent,<br>v.<br>UNITE HERE LOCAL 11<br>Respondent/Counter-Petitioner. | Case No. 2:26-cv-02726-RGK-KS<br>JUDGMENT |

In accordance with the Court's August 6, 2026 order granting the Motion to Confirm the Arbitration Award filed by Respondent/Counter-Petitioner UNITE HERE Local 11, and denying the Motion to Vacate the Arbitration Award filed by Petitioner/Counter-Respondent Flying Food Group, LLC,

IT IS ORDERED, ADJUDGED, AND DECREED that the Arbitrator's Opinion and Award issued on December 19, 2025 is confirmed and Petitioner shall recover its costs of suit.

DATED: August 25, 2026

Gary Klausner

R. Gary Klausner
UNITED STATES DISTRICT JUDGE